1  STEVEN G. KALAR
   Federal Public Defender
2  A. Hansen
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant Gonzalez
6

FILED
SEP 15 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR- 15-71192 mag |
| Plaintiff, | ) | Assertion of Fifth and Sixth Amendment Rights |
| vs. | ) | |
| Francisco Gonzalez, | ) | |
| Defendant. | ) | |

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

_____   9/15/15   9:46 am
Defendant                 Date      Time

_____   9/15/15   9:46 am
Assistant Federal Public Defender   Date   Time

Assertion of Fifth and Sixth Amendment Rights