| DOCUMENTS UNDER SEAL | | | | | TOTAL TIME (mins): | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK | | | | REPORTER/FTR | |
| MAGISTRATE JUDGE | | DATE | | | | NEW CASE | CASE NUMBER |
| **APPEARANCES** | | | | | | | |
| DEFENDANT | | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD. RET. APPT. |
| U.S. ATTORNEY | | INTERPRETER | | | FIN. AFFT SUBMITTED | | COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR APPT'D COUNSEL | | PARTIAL PAYMENT OF CJA FEES |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | 4 mins. | |
| INITIAL APPEAR | | PRELIM HRG | | MOTION | | JUGM'T & SENTG | STATUS TRIAL SET |
| I.D. COUNSEL | | ARRAIGNMENT | | BOND HEARING | | IA REV PROB. or or S/R | OTHER |
| DETENTION HRG | | ID / REMOV HRG | | CHANGE PLEA | | PROB. REVOC. | ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | | |
| ADVISED OF RIGHTS | | ADVISED OF CHARGES | | NAME AS CHARGED IS TRUE NAME | | TRUE NAME: | |
| **ARRAIGNMENT** | | | | | | | |
| ARRAIGNED ON INFORMATION | | ARRAIGNED ON INDICTMENT | | READING WAIVED SUBSTANCE | | WAIVER OF INDICTMENT FILED | |
| **RELEASE** | | | | | | | |
| RELEASED ON O/R | | ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | SPECIAL NOTES | | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED CASH $ | | | CORPORATE SECURITY | | | REAL PROPERTY: | |
| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | | DETAINED | | RELEASED | DETENTION HEARING AND FORMAL FINDINGS WAIVED | REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| CONSENT ENTERED | | NOT GUILTY | | GUILTY | | GUILTY TO COUNTS: | |
| PRESENTENCE REPORT ORDERED | | CHANGE OF PLEA | | PLEA AGREEMENT FILED | | OTHER: | |
| **CONTINUANCE** | | | | | | | |
| TO: | | ATTY APPT HEARING | | BOND HEARING | | STATUS RE: CONSENT | TRIAL SET |
| AT: | | SUBMIT FINAN. AFFIDAVIT | | PRELIMINARY HEARING _____ or ARRAIGNMENT | | CHANGE OF PLEA | STATUS |
| BEFORE HON. | | DETENTION HEARING | | | | MOTIONS | JUDGMENT & SENTENCING |
| TIME WAIVED | | TIME EXCLUDABLE UNDER 18 § USC 3161 | | IDENTITY / REMOVAL HEARING | | PRETRIAL CONFERENCE | PROB/SUP REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

DOCUMENT NUMBER: