1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KIMBERLY E. HOPKINS (MABN 668608)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Kimberly.hopkins@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           )   No. CR 4-15-71192 MAG
14                                     )
        v.                             )
15                                     )   STIPULATION AND [PROPOSED] ORDER FOR
   FRANCISCO GONZALEZ,                 )   CONTINUANCE OF PRELIMINARY HEARING
16                                     )   AND EXCLUSION OF TIME
        Defendant.                     )
17                                     )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20

21      The parties in this case agree and jointly request the Court to move the preliminary hearing in the

22 above captioned case from February 8, 2016 to March 7, 2016 at 9:30 a.m.  The reason for the request is

23 to allow the defendant additional time to review the disclosure in this case, and for the parties to

24 calculate the applicable sentencing guidelines that apply and finalize a potential resolution in the case.

25      For the reasons stated, the parties hereby request that the preliminary hearing be rescheduled

26 from February 8, 2016 to March 7, 2016 at 9:30 a.m., and submit that good cause exists to exclude and

27 waive time between such dates under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy

28

STIPULATION AND [PROPOSED] ORDER

1  Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow for the effective preparation of counsel and
2  continuity of counsel, taking into account the exercise of due diligence.
3  IT IS SO STIPULATED.

5  DATED: February 3, 2016

6                                        /s/
7                           KIMBERLY HOPKINS
                         Assistant United States Attorney

9                                        /s/
10                         HANNI M. FAKHOURY
                         Attorney for Defendant

## [~~PROPOSED~~] ORDER

For the reasons stated above the Court hereby CONTINUES the preliminary hearing in the aforementioned case from February 8, 2016 to March 7, 2016 at 9:30 a.m.  The Court further finds that good cause exists to exclude and waive time between such dates under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow for the effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence.

**IT IS SO ORDERED.**

DATED: 2/3/16

                        HONORABLE KANDIS A. WESTMORE
                        UNITED STATES MAGISTRATE JUDGE